# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Kyaw Kyaw

                    Plaintiff(s),

v.

Pamela Bondi, Attorney General, U.S. Department of Justice; Kristi Noem, Secretary, Department of Homeland Security; Todd Lyons, Director, Immigration and Customs Enforcement; Sam Olson, Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Ryan Shea, Sheriff, Freeborn County

                    Defendant(s)

Case Number:  25-cv-4237 JWB/SGE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. This matter is remanded to United States Immigration and Customs Enforcement ("ICE") for the immediate release of Petitioner Kyaw Kyaw from immigration detention pursuant to an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5; and
2. This action is DISMISSED without prejudice, each party to bear its own costs and disbursements.

Date: 3/18/2025

KATE M. FOGARTY, CLERK